

# THE THIRTEENTH COURT OF APPEALS

13-18-00472-CV

George Garcia, et al.
v.
Gregory K. Propst, Individually and derivatively on behalf of Riostar Solutions, Inc.

On appeal from the
275th District Court of Hidalgo County, Texas
Trial Court Cause No. C-4398-16-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND RENDERED IN PART. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

January 30, 2020